# United States District Court
## Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | CASE NUMBER 3:13 CR 004 |
| | ) | |
| NATHAN E. GUNDY | ) | |
| | ) | |

*Filed 12:59 PM, 12-3-2013*

## ORDER

The above captioned case having come on for jury trial the week of **December 2, 2013** and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to **the Government**, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

*Government Exhibits 2, 3, 4 and 6.*

**SO ORDERED**, this **3RD** day of **December**, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA